IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 13-0435-CG-N |
| SHRIMP BASKET BOTTLING COMPANY, INC.; COURTNEY JONES; and SARA GERMANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT

In accordance with the court's order entered this date, granting plaintiff's motion for default judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of plaintiff, **Progressive Specialty Insurance Company**, and against defendant, **Courtney Jones** and it is hereby **DECLARED** as follows:

**1**. the 2005 Toyota Camry driven by Courtney Jones at the time of the automobile accident involving Sara Germany and Courtney Jones that occurred on or about May 20, 2013, in Mobile County, Alabama ("subject accident"), was not an "insured auto" under the Progressive commercial auto policy, Policy Number 04685348-3, issued to Shrimp Basket Bottling Company, Inc. ("policy at issue");

**2**. Shrimp Basket Bottling Company, Inc. and Courtney Jones were not "insureds" for the subject accident under the Progressive policy at

issue;

**3.** the subject accident is not covered under the Progressive policy at issue;

**4.** Progressive has no duty to defend Shrimp Basket Bottling Company, Inc. in the underlying lawsuit arising out of the subject accident, which is styled Sara Germany v. Courtney Louise Jones, et al., pending in the Circuit Court of Mobile County, Alabama, and bearing case number 2013-CV-901863;

**5.** Progressive has no duty to indemnify Shrimp Basket Bottling Company, Inc. for any judgment or settlement in the underlying lawsuit arising out of the subject accident, which is styled *Sara Germany v. Courtney Louise Jones, et al.*, pending in the Circuit Court of Mobile County, Alabama, and bearing case number 2013-CV-901863; and

**6.** Progressive and Defendants Shrimp Basket Bottling Company, Inc. and Sara Germany shall each bear its/her own costs and attorney's fees.

**DONE and ORDERED** this 10th day of June, 2014.

/s/  Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE